■ 2200 M Street LLC, Appellant, v Bovis Lend/Lease Inc., Formerly Known as Bovis Construction Corp., et al., Respondents. Bovis Lend/Lease, Inc., Third-Party Plaintiff, v B.A.C.C. Builders, Inc., Third-Party Defendants, and Engineering Design Group, Inc., Third-Party Defendant-Respondent. [821 NYS2d 460]—Order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered October 12, 2005, unanimously affirmed for the reasons stated by Lowe, III, J., with costs and disbursements. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Catterson and McGuire, JJ.

■ The People of the State of New York, Respondent, v Russell James, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, Bronx County (Michael Gross, J.), rendered on or about December 8, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Catterson and McGuire, JJ.